## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Young Bok Park and Michael Seong, on behalf of themselves and all other Plaintiffs similarly situated known and unknown, )<br>)<br>)<br>)<br>) | |
| )<br>Plaintiffs, )<br>v. ) | Case No. 16-cv-02306<br><br>Judge Feinerman |
| )<br>Fresh Farms International Market, Inc., )<br>Wheeling Grand, LLC., Grand Golf, LLC, )<br>John Svigos and Dean Svigos )<br>)<br>Defendants. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, the parties to the above-captioned matter have reached a full and complete agreement resolving the above-captioned dispute in its entirety, the parties, by their respective counsel, hereby stipulate to the dismissal of the above-captioned matter on its merits, with prejudice, and without costs to either side.

Dated: August 16, 2016

/s/ Ryan Kim

Ryan J. Kim
Inseed Law PC
2454 E. Dempster, Suite 301
Des Plaines, Illinois 60016

/s/ Jeffrey S. Piell

Jeffrey S. Piell, ARDC #6208138
William A. Walden, ARDC #6310421
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
312.715.5000
Jeffrey.piell@quarles.com
William.Walden@quarles.com

Attorneys for Plaintiffs

Attorneys for Defendants

QB\159750.00002\40575225.3